1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   333 South Las Vegas Blvd
3  Lloyd George Federal Building
   Las Vegas, NV 89101
4
   VIRGINIA CRONAN LOWE
5  Trial Attorney, Tax Division
   U.S. Department of Justice
6  P.O. Box 683
   Ben Franklin Station
7  Washington, D.C. 20044-0683
   Telephone (202) 307-6484
8
                    UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF NEVADA

10 JOHN BEESON,

11         Plaintiff,                    Civil No. 2:08-cv-1298-RLH
       v.
12
   UNITED STATES OF AMERICA,
13
           Defendant.
14 UNITED STATES OF AMERICA,

15         Counterclaim Plaintiff,

16     v.
                                         STIPULATION FOR ENTRY OF
17 JOHN BEESON,                          JUDGMENT AGAINST
                                         CHRISTOPHER RIESTAJUANA
18     Counterclaim Defendant, and

19 HAN MOELJADI and CHRISTOPHER
   RIESTAJUANA,
20
   Additional Defendants on Counterclaim.
21

22
        It is hereby stipulated and agreed that judgment may be entered in favor of the United States and
23
   against Christopher Riestajuana for the unpaid assessed balance of trust fund recovery penalties for the
24
   tax periods ending June 30, 2002, September 30, 2002, and December 31, 2002 and related interest and
25
   penalties in the amount of $102,518.36, plus interest accruing after March 11, 2010 pursuant to
26

27

28
                                                                                              4442938.1

1  26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c) until paid.

DANIEL BOGDEN
United States Attorney

*/s/ Virginia Cronan Lowe*
VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice

Attorneys for United States

THOMAS E. CROWE
PROFESSIONAL LAW CORPORATION

*/s/ Thomas E. Crowe*
THOMAS E. CROWE
7381 West Charleston Blvd.
Las Vegas, NV 89117

Attorney for Christopher Riestajuana

IT IS SO ORDERED.

Date: June 15, 2010

*/s/ Roger L. Hunt*
ROGER L. HUNT
United States District Judge

- 2 -

4442938.1